## STATE OF CONNECTICUT *v.* CURTIS HERRING

The defendant's petition for certification for appeal from the Appellate Court, 55 Conn. App. 522 (AC 17360), is denied.

SULLIVAN, J., did not participate in the consideration or decision of this petition.

*David B. Rozwaski*, special public defender, in support of the petition.

*Bruce R. Lockwood*, deputy assistant state's attorney, in opposition.

Decided February 10, 2000

SULLIVAN, J., did not participate in the consideration or decision of this petition.